UNITED STATES DISTRICT COURT
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| PALETERIA LA MICHOACANA, INC., et al., | No. MC 13-80017 RS (LB) |
| Plaintiffs, | **NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |
| v. | |
| PRODUCTOS LACTEOS TOCUMBO S.A. DE C.V., | [Re: ECF No. 1] |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiffs' motion to quash, electronically filed on January 25, 2013, and any further discovery disputes in this matter, to United States Magistrate Judge Laurel Beeler. Order of Reference, ECF No. 5; *see* Motion to Quash, ECF No. 1.

The court **DENIES** the pending motion to quash without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in the undersigned's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. (If counsel are located outside of the Bay Area and cannot confer in person, lead counsel may meet and confer by telephone.) If that procedure does not resolve the disagreement, the parties must file a joint letter brief instead of a formal motion. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter

1  Brief." After reviewing the joint letter, the court will evaluate whether further proceedings are
2  necessary, including any further briefing or argument.
3      In the meantime, the third party that was served with the subpoena at issue is directed not to
4  respond to the subpoena until the court resolves the pending discovery dispute. If, however, the
5  third party has already responded to the subpoena, Defendant is directed not to review the response
6  until the court resolves the pending discovery dispute.
7  **IT IS SO ORDERED.**
8  Dated: February 5, 2013                                    _____
9                                                              LAUREL BEELER
                                                                United States Magistrate Judge